IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY DUNMEYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMM TRUCKING, LLC, EAST MOVING )<br>*trading and doing business as* )<br>PACK RITE, )<br>)<br>Defendants. ) | Civil Action No. 21-cv-1070<br>Magistrate Judge Maureen P. Kelly |

## MEMORANDUM ORDER

Plaintiff Gary Dunmeyer, through counsel, filed a Complaint with this Court on August 11, 2021. ECF No. 1. The Court conducted an in-person status conference on March 18, 2024 with Plaintiff's counsel, wherein the Court addressed the propriety of service on Defendants. ECF No. 17. More than three months have passed since the conference, and Plaintiff's counsel has not yet served Defendants.

NOTICE is hereby given to Plaintiff that if service is not accomplished by August 10, 2024, the Court may terminate the case due to a failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). No further extensions will be granted.

Dated: July _10_, 2024

BY THE COURT,

_/s/ Maureen P. Kelly_
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:   All counsel of record via CM/ECF
      Gary Dunmeyer
      486 Grindstone Rd.
      Grindstone, PA 15442